```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**MARIA J. AYALA,**

                **Plaintiff,**        19-cv-10214 (JGK)

    - against -                <u>ORDER</u>

**SEPHORA, ET AL.,**

                **Defendants.**

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The plaintiff should notify the Court if the plaintiff wishes to pursue the case in view of the difficulties in serving the defendant. Chambers will mail a copy of this order to the <u>pro se</u> plaintiff at the docket address.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **July 27, 2020**                   /s/ John G. Koeltl
                                                **John G. Koeltl**
                                     **United States District Judge**