```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────

**MARIA J. AYALA,**

              **Plaintiff,**        **19-cv-10214 (JGK)**

    **- against -**                  **ORDER**

**SEPHORA, ET AL.,**

              **Defendants.**

─────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

On July 27, 2020, the Court requested the plaintiff to notify the Court if the plaintiff wishes to pursue the case in view of the difficulties in serving the defendants. There has been no response to that Order. The plaintiff should notify the Court by August 28, 2020 whether the plaintiff wishes to pursue the case. If the plaintiff fails to respond, the case may be dismissed for failure to prosecute. Chambers will mail a copy of this order to the pro se plaintiff at the docket address.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **August 13, 2020**           /s/ John G. Koeltl
                                         **John G. Koeltl**
                                **United States District Judge**