**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────

**MARIA J. AYALA,**

                Plaintiff,            19-cv-10214 (JGK)

    - against -                    <u>ORDER</u>

**SEPHORA and JENNIFER RIVERA,**

                Defendants.
────────────────────────────────

**JOHN G. KOELTL, District Judge:**

        In view of the upcoming mediation, the pre-motion conference scheduled for January 12, 2021 is canceled.  The parties should report to the Court within 7 days of the conclusion of the mediation.  If the case has not been settled, the defendant should answer or move with respect to the amended complaint within 21 days of the conclusion of the mediation.  No pre-motion conference is needed.  If the defendant files a motion to dismiss, the plaintiff should respond 21 days thereafter, and the defendant may reply 10 days after the response.  If the defendant files an answer, the parties should submit a Rule 26(f) report 14 days thereafter.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **January 11, 2021**                /s/ John G. Koeltl
                                                **John G. Koeltl**
                                      **United States District Judge**